Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov — For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov — For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov — For Riverside criminal duty.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>PLAINTIFF<br>V.<br>MARK HANDEL<br>USMS# _____<br>DEFENDANT | CASE NUMBER:<br>2:20-cr-00612-AB<br><br>**REPORT COMMENCING CRIMINAL ACTION** |
|---|---|

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 2/16/2021 at 8 ☒ AM ☐ PM
   or
   The defendant was arrested in the N/A District of N/A on N/A at N/A ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   18 U.S.C. 152 and 1956

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes Language: _____

7. Year of Birth: 1954

8. Defendant has retained counsel: ☐ No
   ☒ Yes Name: Nina Marino Phone Number: 310-557-0007

9. Name of Pretrial Services Officer notified: Intake Email

10. Remarks (if any): N/A

11. Name: Christian Amaya (please print)

12. Office Phone Number: 213-505-1698    13. Agency: FBI

14. Signature: _____    15. Date: 2/16/2021

CR-64 (09/20)    REPORT COMMENCING CRIMINAL ACTION