

FILED
CLERK, U.S. DISTRICT COURT

FEB 16 2021

CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CR 20-0612-1 |
| v. | |
| Mark Handel | ORDER FOR CONTRIBUTION TOWARDS ATTORNEY'S FEES |
| DEFENDANT(S). | 18 USC §3006A(f) |

On __February 16, 2021__ defendant __Mark Handel__

☐ submitted a financial affidavit in support of defendant's request for appointment of counsel without payment of fees. After review of the affidavit, the court finds that the defendant has the present ability to make a contribution towards his/her attorney's fees.
☐ did not submit a financial affidavit, but appeared without counsel.
☒ appeared with counsel but did not submit financial affidavit

Subject to this order of contribution, the Court hereby appoints __Waseem Salahi__ as counsel for the defendant

☐ until further notice.
☒ for these proceedings only.

The defendant is ordered to pay towards attorney's fees in accordance with the schedule of payments set forth below:
☐ A total sum of $_____
  ☐ due not later than _____
  ☐ due in monthly payments of $_____ beginning _____.

☐ Monthly payments of $_____ to commence on _____
and to continue until final disposition of this case.

☒ Other __$250 for today's proceeding only by no later than 4 p.m Feb. 17, 2021__

All cashier's checks and/or money orders must be made payable to: **CLERK, U.S. DISTRICT COURT** and mailed to: United States District Court, Central District of California, 312 N. Spring Street, Room G-8, Los Angeles, California 90012, Attn: Fiscal Section. Your name and case number must be included on the cashier's check or money order.

This order is subject to reconsideration by the Court. The defendant is advised that he/she may be required, based upon his/her then present ability, to contribute a greater or lesser amount of money for attorney's fees upon reconsideration by the Court.

__Feb. 16, 2021__
Dated

__/s/__
United States ~~District Judge~~ / Magistrate Judge

cc: *Clerk's Office, Fiscal Section*
   *CJA*
   *FPD*
   *PSA*

CR-26 (07/05)                    ORDER FOR CONTRIBUTION TOWARDS ATTORNEY'S FEES