UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 20-00612-ODW |
| | ) |
| Plaintiff, | ) ORDER AUTHORIZING INTERLOCUTORY |
| | ) SALE OF REAL PROPERTY AND |
| v. | ) SUBSTITUTION OF RES |
| | ) |
| MARK HANDEL, | ) |
| | ) |
| Defendant. | ) |

For good cause appearing, and upon the parties' stipulation for entry of an order, it is hereby ORDERED that the real property located at the intersection of Comcast Place and North Canyons Parkway, Livermore, California, Assessor Parcel Number 905-0010-006 (the "subject real property"), described more particularly as Parcel 3, Parcel Map 5112, filed September 29,

1

1987, in Book 172, Pages 11 through 14, inclusive, of Maps, Alameda County Records, be sold, and the proceeds thereof distributed, according to the terms of the parties' stipulation, filed as Document number 48. The net proceeds received by the Government will be the substitute *res* for the subject real property.

    The Court shall retain jurisdiction over the subject real property to effectuate the terms of the sale and resolve any issues or disputes that may arise regarding the interlocutory sale of the property.

May 10, 2021

_____
Hon. Otis D. Wright, II