# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 20-CR-612-ODW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER TO SEAL DOCUMENTS** |
| v. | ) | |
| MARK HANDEL, | ) | |
| Defendant. | ) | |

    Good cause having been shown, it is hereby ordered that Mark Handel's *Ex Parte* Application for sealed filing is GRANTED. The document sought to be filed under seal, the accompanying exhibits to the document, and the defendant's *Ex Parte* Application for sealed filing shall all be filed under seal.

    IT IS SO ORDERED.

November 29, 2021
DATE

HONORABLE OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE