TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
RUTH C. PINKEL (Cal. Bar No. 164470)
Assistant United States Attorney
Acting Deputy Chief, Public Corruption and Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6077
     Facsimile: (213) 894-0141
     E-mail:    ruth.pinkel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-00612-ODW |
|---|---|
| Plaintiff, | GOVERNMENT'S OBJECTION AND REQUEST TO STRIKE DEFENDANT'S "MOTION TO COMPEL SPECIFIC DISCOVERY" FOR FAILURE TO COMPLY WITH LOCAL RULE MEET AND CONFER REQUIREMENTS |
| v. | |
| MARK HANDEL, | |
| Defendant. | [PROPOSED ORDER SUBMITTED SEPARATELY] |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Ruth C. Pinkel, hereby files its Objection and requests that the Court strike Defendant's Motion to Compel Specific Discovery (filed under seal on Thanksgiving Day) for failure to comply with the meet and confer requirements of the Local Rules. See Local Civ. Rule 7-3; Local Crim. Rule 57-1 (requiring a meeting, "preferably in person," to "thoroughly" discuss the substance of any motion and any potential resolution "at least" seven days prior to filing the motion).

Defendant filed the present motion to compel without having conducted the required meet and confer.  The only "advance" notice given to the government was via an email sent at 10:47 a.m. Thanksgiving Day asking the government its position on the under seal filing and oversized nature of the brief.  There was no meet and confer and no notice whatsoever about the contemplated filing of this motion, which is surprising given that the government has produced over 91,000 pages of discovery so far, including over 16,400 pages produced pre-indictment, two detailed factual bases, and 34,000 pages of defendant's emails.

Had defense counsel complied with the letter and spirit of the meet and confer requirements, his instant motion may have been avoided, as counsel would have learned: (1) his factual narrative is incorrect and omitted material facts; (2) the AUSA overseeing discovery production has been on emergency leave for over a month, thus delaying production; and (3) even with the AUSA's emergency absence, this Office has a production timetable in place to ensure that all remaining discovery is produced well in advance of the July 12, 2022 trial date.

Dated: December 1, 2021         Respectfully submitted,

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

  */s/ Ruth C. Pinkel*
RUTH C. PINKEL
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA