MARK WINDSOR (SBN 190589)
Law Office of Mark Windsor
65 N. Raymond Ave., Ste. 320
Pasadena, California 91103
Telephone: (626) 792-6700
Email: mark@windsorlaw.us

Attorney for Defendant
MARK HANDEL

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK HANDEL,<br><br>Defendant. | Case No.: 20-CR-612-ODW<br><br>***EX PARTE* APPLICATION FOR ORDER PERMITTING FILING OF SUPPLEMENTAL MOTION**<br><br>Hearing Date: March 28, 2022<br>Time: 10:00 a.m.<br>Department: 5D |

TO THE HONORABLE OTIS D. WRIGHT, II, UNITED STATES DISTRICT COURT JUDGE, AND THE UNITED STATES ATTORNEY FOR THE CENTRAL DISTRICT OF CALIFORNIA AND/OR HIS AUTHORIZED REPRESENTATIVES:

Defendant Mark Handel, by and through his attorney of record, Mark Windsor, hereby applies *ex parte* to this Court to permit Defendant to file a Supplement to the defense's Motion to Compel Specific Discovery.

Since the filing of the defense's Motion on November 25, 2021, the government and the defense have met and conferred on multiple occasions, the government has produced four discovery productions in response to the defense's discovery requests, and

both parties have endeavored to resolve issues so as to limit the scope of the hearing to one issue rather than twenty-four issues.  To keep the Court apprised of the developments in these meet-and-confer sessions, the defense submits that a Supplemental Motion is necessary to inform the Court of the status of the pending discovery issues.

Accordingly, Defendant requests that the Court permit him to file a Supplement to his Motion to Compel Specific Discovery.

DATED: March 3, 2022                                    Respectfully submitted,

_____
                                                                            /s/
                                                                         MARK WINDSOR
                                                                         Attorney for Defendant

## DECLARATION OF MARK WINDSOR

I, Mark Windsor, declare as follows:

1.      I am an attorney admitted to practice in the Central District of California, and I represent defendant Mark Handel in the above-entitled action.

2.      I request leave to file Defendant's Supplement to his Motion to Compel Specific Discovery (Dkt 61).

3.      In response to the defense's Motion to Compel, the government has produced voluminous discovery.  Specifically, the defense has received four productions encompassing approximately 15,556 pages/files.  The government further indicated to the defense that it intends to produce additional discovery imminently.

4.      On December 29, 2021 and February 28, 2022, the parties met and conferred regarding the specific requests outlined in Defendant's discovery motion.

5.      At the present time, only one outstanding discovery issue remains that is unresolved.

6.      I submit that a Supplemental Motion is necessary to keep the Court informed as to what issues have been resolved between the parties and what issue needs to be addressed at the upcoming hearing.

7.      I have contacted the government regarding their position on the filing of a brief to inform the Court of developments in our ongoing discovery discussions.  The government concurs.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 3rd day of March, 2022 at Los Angeles, California.

Respectfully submitted,

_____/s/_____

MARK WINDSOR
Attorney for Defendant