MARK WINDSOR (SBN 190589)
Law Office of Mark Windsor
65 N. Raymond Ave., Ste. 320
Pasadena, California 91103
Telephone: (626) 792-6700
Email: mark@windsorlaw.us

Attorney for Defendant
MARK HANDEL

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 20-CR-612-ODW-1 |
|---|---|
| Plaintiff, | **DEFENDANT'S SUPPLEMENT TO MOTION TO COMPEL SPECIFIC DISCOVERY** |
| v. | |
| MARK HANDEL, | Hearing Date: March 28, 2022<br>Time: 10:00 a.m.<br>Department: 5D |
| Defendant. | |

TO THE HONORABLE OTIS D. WRIGHT, II, UNITED STATES DISTRICT COURT JUDGE, AND THE UNITED STATES ATTORNEY FOR THE CENTRAL DISTRICT OF CALIFORNIA AND/OR HIS AUTHORIZED REPRESENTATIVES:

Defendant Mark Handel, by and through his attorney of record, Mark Windsor, hereby files this supplemental brief to his Motion to Compel Specific Discovery (Dkt 61) to apprise the Court of developments concerning the defense's discovery requests.

On November 25, 2021 the defense filed its Motion to Compel Specific Discovery (Dkt 61). On December 1, 2021, the government filed its Opposition in the form of an Objection and Motion to Strike (Dkt 62). On December 29, 2021 and February 28, 2022,

the parties met and conferred regarding the specific requests outlined in Defendant's discovery motion.

Since the filing of the Defense's Motion to Compel, the defense has received voluminous discovery. Specifically, the government has produced four productions in response to the defense's motion. The defense received these productions on or about December 1, 2021, December 17, 2021, February 4, 2022, and February 18, 2022; the productions encompassed approximately 15,556 pages in total. The government further indicated to the defense that it intends to produce additional discovery imminently. Both parties are cooperating together to limit the scope of the hearing on the Motion to Compel.

At the present time, the defense asks that the scope of the upcoming hearing be limited to Request Number 2 from his "Second Discovery Request Letter" (EXHIBIT D), which is reproduced in relevant part below:

> 2. **Investigation Prior to August 8, 2014**: Any and all evidence showing that investigation into Mr. Handel was initiated, or that "a matter… was pending in the United States Attorney's Office (USAO) on or before August 8, 2014, the date the Honorable Andre Birotte Jr. resigned from his position as the United States Attorney for the Central District of California." (See Dkt 3: Memorandum filed by Plaintiff USA, dated December 8, 2020). Also, in connection with this request, I would like copies of any written policies, guidelines, or other documentation describing how your office determines whether a case was pending in your office before a certain date for purposes of recusing U.S. Attorney personnel who later become Article III or magistrate judges.

(Dkt 61, EXHIBIT D-002).

In conclusion, the parties have agreed to narrow the scope of the discovery hearing to only the issue of the defense's Request Number Two, which is the only request that remains entirely unresolved.

DATED: March 3, 2022                     Respectfully submitted,

                                         _____/s/_____
                                         MARK WINDSOR
                                         Attorney for Defendant