MARK WINDSOR (SBN 190589)
Law Office of Mark Windsor
65 N. Raymond Ave., Ste. 320
Pasadena, California 91103
Telephone: (626) 792-6700
Email: mark@windsorlaw.us

Attorney for Defendant
MARK HANDEL

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK HANDEL,<br><br>Defendant. | Case No.: 20-CR-612-ODW-1<br><br>**DEFENDANT'S *EX PARTE* APPLICATION FOR ORDER TO SEAL DOCUMENTS; DECLARATION OF COUNSEL**<br><br>Hearing Date: March 28, 2022<br>Time: 10:00 a.m.<br>Courtroom: 5D |

Defendant Mark Handel, by and through his counsel, Mark Windsor, applies *ex parte* for an order that his Reply in Support of Motion to Compel Specific Discovery (hereinafter, "Reply") and accompanying Exhibit T in support of the Reply be filed under seal.

This *Ex Parte* Application is based on the attached declaration of Mark Windsor.

DATED: March 14, 2022

Respectfully submitted,

_____/s/_____

MARK WINDSOR
Attorney for Defendant

**DECLARATION OF MARK WINDSOR**

I, Mark Windsor, declare as follows:

1.     I am an attorney admitted to practice in the Central District of California, and I represent defendant Mark Handel in the above-entitled action.

2.     I request leave to file defendant's Reply in Support of Motion to Compel Specific Discovery and accompanying Exhibit T in support of the Reply under seal.

3.     This request is based on the fact that the Reply and Exhibit T refers to sensitive, confidential information on law enforcement's investigation into politicians and their staffers, at least some of which is not public knowledge.

4.     I believe that failure to seal these documents would harm my client irreparably and make public potentially sensitive information about both my client and targets of a government investigation.

5.     I have contacted the government regarding their position on the under-seal filings.  The government has no objection.

6.     Should the Court deny this application, I request that the pleading and this application not be filed, but be returned to me, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 14th day of March, 2022 at Los Angeles, California.

Respectfully submitted,

_____
          /s/
MARK WINDSOR
Attorney for Defendant

DEFENDANT'S *EX PARTE* APPLICATION TO SEAL DOCUMENTS