UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 20-CR-612-ODW |
| Plaintiff, | |
| | **ORDER TO SEAL DOCUMENTS** |
| v. | |
| MARK HANDEL, | |
| Defendant. | |

    Good cause having been shown, it is hereby ordered that Mark Handel's *Ex Parte* Application for sealed filing is GRANTED. The document sought to be filed under seal and the accompanying exhibit to the document shall all be filed under seal.

    IT IS SO ORDERED.

March 15, 2022
DATE

HONORABLE OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE