# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 20-00612-ODW | Date | March 28, 2022 |
|---|---|---|---|

| Present: The Honorable | Otis D. Wright, II, United States District Judge |
|---|---|
| Interpreter | None |

| Sheila English | Court Smart | Ruth C. Pinkel/ Thomas F. Rybarczyk |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Mark Handel | | X | X | Mark Handel | | X | X |

**Proceedings:** MOTION TO COMPEL[61]

Case is called, appearances made. The Motion is denied pursuant to Local Rule 37-2.4.

**IT IS SO ORDERED.**

|  | : | 07 |
|---|---|---|
|  | Initials of Deputy Clerk | se |