# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | CR 20-00612-ODW |
| Date | February 13, 2023 |

Present: The Honorable OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE

Interpreter

| Sheila English | Court Smart | Thomas F. Rybarczyk |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Mark Handel | | X | X | Mark Windsor | | X | X |

**Proceedings:   STATUS CONFERENCE RE: CHANGE OF PLEA**

    Case called, appearances made. The matter was set for a Change of Plea hearing. Due to a lack of certainty with respect to defendants total restitution obligation, the hearing is off calendar.

IT IS SO ORDERED.

|  | : | 36 |
|---|---|---|
| Initials of Deputy Clerk | se | |