

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br><br>MARK HANDEL | PLAINTIFF<br><br>DEFENDANT | CASE NUMBER:<br>CR 20-612(A)-ODW |
|---|---|---|
| | | **WAIVER OF INDICTMENT** |

I, _____MARK HANDEL_____, the above-named defendant, who is accused of _____False Statement in Bankruptcy and Subscribing to False Tax Return_____, in violation of _____18 U.S.C. § 152(3) and 26 U.S.C. § 7206(1), respectively_____, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on _____, prosecution by indictment and consent that the proceedings may be by information rather than by indictment.

2·9·23
Date

2/9/23
Date

2/9/23
Date

_____
Defendant

_____
Counsel for Defendant

Before: _____
Judicial Officer

If the defendant does not speak English, complete the following:

I, _____, am fluent in written and spoken English and _____ languages. I accurately translated this Waiver of Indictment from English to _____ for defendant _____ on this date.

_____
Date

_____
Interpreter

CR-57 (06/14)                                         WAIVER OF INDICTMENT