# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: <u>2:20-CR-00612(A)-ODW</u>　　　Recorder: <u>CS 02/09/2023</u>　　　Date: <u>02/09/2023</u>

Present: The Honorable <u>Maria A. Audero</u>, U.S. Magistrate Judge

Court Clerk: <u>Isabel Verduzco</u>　　　Assistant U.S. Attorney: <u>Danny Weiner</u>

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| MARK HANDEL　BOND-PRESENT | MARK WINDSOR　PANEL | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Deft is arraigned and states true name is the name on the charging document.

Defendant is given a copy of the First Superseding Information and acknowledges having been read or having received a copy of the First Superseding Information and waives the reading thereof. .

Waiver of Indictment submitted, accepted by the Court and filed.

Defendant pleads not guilty to all counts in the First Superseding Information.

This case was previously assigned to the calendar of District Judge Otis D. Wright II.
It is ordered that the following date(s) and time(s) are set:
　　　Jury Trial 07/18/2023 at 9:00 AM
　　　Defendant and counsel are ordered to appear before said judge at the time and date indicated.

Counsel are ordered to contact the clerk regarding setting a date for guilty plea.

First Appearance/Appointment of Counsel: <u>00 : 00</u>
PIA: <u>00 : 05</u>
Initials of Deputy Clerk: <u>IV by TRB</u>

cc: Statistics Clerk, PSALA CJA Supv Attorney