UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>                  v.<br><br>MARK HANDEL,<br><br>            Defendant.<br><br>SDLT INVESTMENTS VII, LLC,<br><br>            Titleholder. | Case No. 2:20-cr-00612-ODW<br><br>**ORDER AUTHORIZING INTERLOCUTORY SALE OF REAL PROPERTY** |

Pursuant to the stipulation and request of the parties, and good cause appearing therefor, it is hereby ORDERED that the real property located at the intersection of Triad Drive and North Canyons Parkway, Livermore, California, Assessor Parcel Number 905-0010-004-03 (the "subject real property"), described more particularly as:

> Parcel One
>
> Being a portion of Lot 2 as said Lot 2 is shown on the Map entitled, "Parcel Map 3994", filed in Book 157 at Page 79 in said County; and a portion of Parcel 1 as said Parcel 1 is shown on the Map entitled "Parcel Map 5112", filed in Book 172 at Page 11 in said County, as created in that certain Lot Line Adjustment #66-98, Certificate of

Compliance, recorded July 10, 1998, Series No. 98242927 of Official Records, described as follows:

Beginning at the most Northwesterly corner of said Parcel 1; thence along the Northerly line of said Parcel 1 and its Easterly prolongation North 60° 32' 00" East 582.00 feet; thence leaving said last Northerly line South 29° 28' 00" East, 185.15 feet; thence South 0° 16' 42" West 327.04 feet to a non-tangent curve to the right having a radial which bears South 26° 57' 21" East, a radius of 29.50 feet, a delta of 17° 35' 09"; thence Southwesterly along said curve an arc length of 9.05 feet to the Southerly line of said Parcel 1; thence along said Southerly line, South 80°37' 48" West, 79.92 feet to a curve to the left having a radius of 1049.00 feet, a delta of 17° 26' 23"; thence along said curve an arc length of 319.29 feet to a reverse curve having a radius of 39.00 feet, a delta of 87° 20' 34"; thence along said curve an arc length of 59.45 feet to the Westerly line of said Parcel 1; thence along said Westerly line, North 29° 28' 00" West, 305.17 feet to a curve to the right having a radius of 39.00 feet, a delta of 36° 52' 12", thence along said curve an arc length of 25.10 feet to a reverse curve having a radius of 41.00 feet, a delta of 15° 24' 36", thence along said curve an arc length of 11.03 feet to the point of beginning.

APN: 905-0010-004-03

Parcel Two

A non-exclusive easement, appurtenant to Parcel One hereinabove described for access, ingress and egress by persons, automobiles and other motorized or unmotorized vehicles, as created in that certain "Grant of Nonexclusive Access Easement (Access to North Canyons Parkway)", recorded July 10, 1998, Series No. 98242933 OR, over across and through the following described land:

Being a portion of Parcel 1 as said Parcel 1 is shown on the Map entitled "Parcel Map 5112", filed in Book 172 at Page 11 in said County, described as follows:

Commencing at the most Easterly corner of said Parcel 1; thence along the Southerly line of said Parcel 1, South 16° 30' 18" West, 1.09 feet to a non-tangent curve to the right having a radial which bears South 57° 04' 07" East, a radius of 49.00 feet, a delta of 68° 31' 51"; thence Southwesterly along said curve an arc length of 58.61 feet to a reverse curve having a radius of 1060.00 feet, a delta of 8° 16' 38"; thence along said curve an arc length of 153.13 feet to a compound curve having a radius of 600.00 feet, a delta of 04° 01' 33"; thence along said curve an arc length of 42.16 feet to the point of beginning continuing along last said curve, through a delta of 08° 31' 45" and an arc length of 89.32 feet; thence South 80°

|   |   |
|---|---|
| 1 | 37' 48" West, 20.07 feet to a point of cusp; said point of cusp being a curve to the left having a radius of 29.50 feet, a delta of 17° 35' 09"; thence leaving last said Southerly line, Easterly along said curve an arc length of 9.05 feet; thence North 00° 16' 42" East, 34.10 feet; thence North 80° 37' 48" East, 5.45 feet to a curve to the right having a radius of 635.00 feet, a delta of 05° 52' 04"; thence along said curve an arc length of 65.03 feet to a non-tangent curve to the right having a radial which bears North 85° 50' 18" East, a radius of 24.50 feet, a delta of 04° 26' 24"; thence Southerly along said curve an arc length of 1.90 feet; thence South 00° 16' 42" West, 2.34 feet to a curve to the left having a radius of 29.50 feet, a delta of 91° 07' 09"; thence along said curve an arc length of 46.91 feet to the point of beginning. |

be sold, and the proceeds thereof distributed, according to the terms of the parties' stipulation, namely, upon completion of the sale of the subject real property, the portion of the net sale proceeds designated as being payable to Sarah Lulloff shall be held in an escrow account at WFG National Title Insurance Company in Brentwood, California ("WFG"), pending further instructions from the government. Promptly within two days of sentencing pursuant to the plea agreement entered on February 23, 2023, the government shall instruct WFG to release the net sale proceeds designated as being payable to Sarah Luloff to Sarah Luloff. Should the judgment and commitment order be entered pursuant to the plea agreement entered on February 23, 2023, the government shall not seek forfeiture of the net sale proceeds designated as being payable to Sarah Luloff, nor seek to apply those funds to any restitution order. Once this order is signed and entered, the government shall promptly deliver to escrow a release of lis pendens for the subject real property.

///

3

The Court shall retain jurisdiction to resolve any issues or disputes that may arise regarding the interlocutory sale of the subject real property and the disposition of the net sale proceeds designated as being payable to Sarah Luloff.

April 26, 2023  
DATE

HONORABLE OTIS D. WRIGHT, II  
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Tara B. Vavere*  
TARA B. VAVERE  
Assistant United States Attorney  
Asset Forfeiture & Recovery Section

4