E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
THOMAS F. RYBARCZYK (Cal. Bar No. 316124)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-8452
     Facsimile: (213) 894-0141
     E-mail:   thomas.Rybarczyk@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-0612-ODW |
|---|---|
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENTS; DECLARATION OF THOMAS F. RYBARCZYK |
| v. | |
| MARK HANDEL, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney's Office for the Central District of California and Assistant United States Attorney Thomas F. Rybarczyk hereby applies ex parte for an order that the exhibits attached to the Government's Sentencing Position for defendant MARK HANDEL be filed under seal.

//

//

//

//

This *ex parte* application is based upon the attached declaration of Thomas F. Rybarczyk.

Dated: October 23, 2023          Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

*/s/ Thomas F. Rybarczyk*
THOMAS F. RYBARCZYK
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF THOMAS F. RYBARCZYK**

I, Thomas F. Rybarczyk, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am one of the attorneys representing the government in this case.

2. The government requests leave to file the exhibits attached to the Government's Sentencing Position for defendant MARK HANDEL be filed under seal. The exhibits include grand jury testimony of two witnesses that had been previously produced in discovery pursuant to this Court's order (Dkt. 90), witness interview reports detailing sensitive information concerning defendant and others, and a declaration detailing tax information concerning individuals who have not been charged with a crime. Accordingly, due to the sensitive nature of the information, the government seeks to file the exhibits under seal.

3. On October 23, 2023, I informed defense counsel, Jennifer Lieser, via email that the government would be filing the present ex parte application and asked for her position on the application. On the same day, Ms. Lieser informed me via email that she did not oppose the application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on October 23, 2023.

*/s/ Thomas F. Rybarczyk*
THOMAS F. RYBARCZYK