UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-00612-ODW |
|---|---|
| Plaintiff, | ORDER SEALING DOCUMENTS |
| v. | |
| MARK HANDEL, | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's <u>ex parte</u> application for sealed filing is GRANTED. The documents sought to be filed under seal shall be filed under seal.

October 24, 2023

DATE

HONORABLE OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE