# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20-CR-00612-ODW |
| Plaintiff, | **ORDER SEALING REPORT OF DR. JEFFREY WHITING, PH.D.** |
| v. | |
| MARK HANDEL, | |
| Defendant. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

Defense's ex parte application for a sealed filing is GRANTED. The Report of Dr. Jeffrey Whiting, PhD. may be filed under seal.

October 25, 2023

_____  
DATE

_____  
HONORABLE OTIS D. WRIGHT II  
UNITED STATES DISTRICT JUDGE

Presented by,

_____/ s /_____  
MARK WINDSOR  
JENNIFER LIESER  
Attorneys for Defendant  
MARK HANDEL