1

2

3

4

5

6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

         v.

MARK HANDEL,

      Defendant.

No. CR 20-00612(A)-ODW

ORDER DENYING NON-PARTY LOS ANGELES TIMES COMMUNICATIONS LLC TO INTERVENE AND UNSEAL AS TO CERTAIN MATERIALS AND GRANTING IT AS CERTAIN MATERIALS

Having considered Applicant Los Angeles Times Communications LLC's ("Applicant") Motion to Intervene and Unseal Docket #s 59, 61, 70-73, 77-78 and 125 filed under seal in this case (the "Motion"), the Government's Opposition to the Motion, the Applicant's Reply, any argument of counsel, and the files and records in this case, the Court hereby finds as follows:

    1.   Defendant MARK HANDEL's ("defendant") _Ex Parte_ Application for Order to Seal Documents and Declaration of Counsel filed at Docket #59, defendant's Motion to Compel Specific Discovery and Exhibits A, F, I, J, N, O, P, and S filed at Docket #61, the government's _Ex Parte_ Application for Order Sealing Documents and Declaration of Thomas F. Rybarczyk filed at Docket #70, the government's Opposition to Defendant's Motion to Compel Specific Discovery (Dkts. 61, 67) filed at Docket #72, government's Exhibits

1-2, 4-7 filed at Docket #73, defendant's Reply in Support of Motion to Compel Specific Discovery filed at Docket #77, and defendant's Exhibit T to defendant's Reply in Support of Motion to Compel Specific Discovery filed at Docket #78 shall remain <u>sealed</u>.  The press and public do not have a qualified right of access to these materials, and good cause remains to keep them sealed.

2.    In light of the government's non-opposition to unsealing the following materials, Exhibits C, E, K, L, M, Q, and R filed at Docket #61 and the Order Sealing Documents filed at Docket #71 shall be <u>unsealed</u>.

3.    For good cause shown, Exhibits B and D filed at Docket #61 and Exhibit 3 filed at Docket #73 shall be <u>redacted</u> and the redacted materials then unsealed consistent with this Order.

4.    For good cause shown, Exhibits G and H filed at Docket #61 and Exhibits 2-5 filed at Docket #125 shall be <u>redacted</u> and the redacted materials then unsealed consistent with this Order. Notwithstanding the public's qualified common law right of access to sealed search warrant materials after an investigation ends and its qualified First Amendment right of access to sentencing materials, the government has established compelling reasons and significant interests justifying the redactions.

5.    For the materials in this Order to be unsealed subject to redaction, the following redactions shall be made prior to unsealing:

a.    The names and identities of uncharged third parties who were then subjects of the federal investigation;

b.    The names or information that could be used to identify confidential government informants and witnesses who cooperated in the federal investigation;

c.   Any description of sensitive law enforcement techniques;

d.   The names and identities of victims and intended victims of any alleged crime; and

e.   Personal identifying information, including, but not limited to, social security numbers, dates of birth, bank account information, home addresses, personal email addresses, and personal telephone numbers.

IT IS HEREBY ORDERED THAT the government shall redact the materials consistent with this Order and complete the redactions within forty-two (42) days of its issuance absent an extension by the Court for good cause shown.

IT IS FURTHER ORDERED THAT, upon completion of the redactions, the government shall (1) provide redacted copies of the materials to the Applicant and (2) lodge redacted copies of the materials with the Court.

IT IS SO ORDERED.

September 19, 2024
_____
DATE

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE