E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
THOMAS F. RYBARCZYK (Cal. Bar No. 316124)
Assistant United States Attorney
Public Corruption and Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-8452
     Facsimile: (213) 894-0141
     E-mail:    thomas.rybarczyk@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-00612(A)-ODW |
|---|---|
| Plaintiff, | NOTICE OF LODGING |
| v. | |
| MARK HANDEL, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Thomas F. Rybarczyk, hereby gives notice that it is lodging with the Court the materials ordered unsealed and/or redacted in its Order Denying Non-Party Los Angeles Times Communications LLC Motion to Intervene and Unseal as to Certain Materials and Granting It as to Certain Materials (the "Order"), filed at Docket Number 158 on September 19, 2024.  Pursuant to Local Rule 5-4.2, the documents are exempted from electronic filing per the Order.

1    The government further notes that, for the exhibits associated
2 with Docket Number 61, that is, the exhibits attached to Defendant
3 MARK HANDEL's Motion to Compel Specific Discovery, the government
4 searched for and could not locate a copy from the Court.  This search
5 included reviewing the email files of one of the former Assistant
6 United States Attorneys assigned to the case at the time to locate a
7 conformed copy.  The government does have in its possession the
8 courtesy copy provided by defendant's counsel and is lodging the
9 unsealed exhibits, including those that Court ordered redacted, from
10 that copy with the Court.  In that courtesy copy provided by
11 defendant, there is a note in Exhibit G on page "EX G 025" (bates
12 number USAO_0056761) that was created by an individual working for
13 counsel for defendant.  Because it references an individual whose
14 name has otherwise been redacted, the government has deleted that
15 note from the version it is lodging with the Court.

16  Dated: October 31, 2024             Respectfully submitted,

17                                      E. MARTIN ESTRADA
                                        United States Attorney
18
                                        MACK E. JENKINS
19                                      Assistant United States Attorney
                                        Chief, Criminal Division
20
                                        _____
21                                      THOMAS F. RYBARCZYK
22                                      Assistant United States Attorney

23                                      Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA