FILED

DEC 23 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: LOS ANGELES TIMES COMMUNICATIONS, LLC. _____ LOS ANGELES TIMES COMMUNICATIONS, LLC, Petitioner, v. UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, Respondent. UNITED STATES OF AMERICA and MARK DAVID HANDEL, Real Parties in Interest. | No. 24-6972 D.C. No. 20-cr-00612-ODW Central District of California, Los Angeles ORDER |

Before: S.R. THOMAS, SILVERMAN, and TALLMAN, Circuit Judges.

This petition for a writ of mandamus raises issues that warrant an answer. *See* Fed. R. App. P. 21(b). Accordingly, within 14 days, real party in interest United States must, and real party in interest Mark David Handel may, file an answer.

The district court may also address the petition if it so desires. If the district court elects to address the petition, it may file an answer with this court or issue a supplemental order and serve a copy on this court.

Petitioner may file a reply within 5 days after service of the answer(s).

The Clerk will serve a copy of this order on the district court and District Judge Wright.

This petition, the answer(s) and reply, are referred to the merits panel.