UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

JAN 2 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re:  LOS ANGELES TIMES COMMUNICATIONS, LLC. <br><br> ——————————————————— <br><br> LOS ANGELES TIMES COMMUNICATIONS, LLC, <br><br>             Petitioner, <br><br>  v. <br><br> UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, <br><br>             Respondent. <br><br> UNITED STATES OF AMERICA and MARK DAVID HANDEL, <br><br>             Real Parties in Interest. | No. 24-6972 <br><br> D.C. No. 20-cr-00612 Central District of California, Los Angeles <br><br> ORDER |

The motions for an extension of time to file an answer to the petition for writ of mandamus (Docket Entry Nos. 14 & 15) are granted.  The responses are due February 20, 2025.  Petitioner may file a reply within 5 days after service of the answers.

The court will serve a copy of this order on the district court and District Judge Wright.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

24-6972