1  JOSEPH T. MCNALLY
   Acting United States Attorney
2  LINDSEY GREER DOTSON
   Assistant United States Attorney
3  Chief, Criminal Division
   THOMAS F. RYBARCZYK (Cal. Bar No. 316124)
4  Assistant United States Attorney
   Deputy Chief, Public Corruption and
5  Civil Rights Section
        1500 United States Courthouse
6       312 North Spring Street
        Los Angeles, California 90012
7       Telephone: (213) 894-8452
        Facsimile: (213) 894-0141
8       E-mail:    thomas.rybarczyk@usdoj.gov

9  Attorneys for Plaintiff
   UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-612(A)-ODW |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING GOVERNMENT'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING THE DATE BY WHICH THE GOVERNMENT MUST COMPLY WITH THE FEBRUARY 20, 2025 SUPPLEMENTAL ORDER |
| v. | |
| MARK HANDEL, | |
| Defendant. | |

FOR GOOD CAUSE SHOWN, the government's ex parte for an order continuing the date by which the government must comply with the Court's Supplemental Order Modifying Order on Non-Party Motion to Intervene and Unseal is GRANTED.

///

///

///

///

///

IT IS ORDERED that the government shall comply with this Court's Supplemental Order Modifying Order on Non-Party's Motion to Intervene and Unseal [158] (dkt. 162) by April 15, 2025.

IT IS SO ORDERED.

_____    _____
DATE                           HONORABLE OTIS D. WRIGHT
                               UNITED STATES DISTRICT JUDGE

Presented by:

      /s/
_____
THOMAS F. RYBARCZYK
Assistant United States Attorney